IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARIA CAMILLA VALENCIA RIOS, *on behalf of herself and all similarly situated individuals* ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:25-cv-474 |
| BELVEDERE NRDE, LLC, and PEGASUS RESIDENTIAL, LLC, ) ) ) ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Belvedere NRDE, LLC ("Belvedere"), pursuant to Rule 6 of the Federal Rules of Civil Procedure, with the consent of the class Plaintiff, by her counsel, moves this Court for an extension of time for Belvedere to file responsive pleadings to Plaintiff's Complaint (ECF No. 1) until August 6 for the reasons stated in the accompanying memorandum in support of this request.

Dated: July 17, 2025                                    Respectfully Submitted,

By     */s/ Jeffrey P. Miller*

Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 956-2060
Facsimile: (540) 983-9400
miller@gentrylocke.com

*Counsel for Belvedere NRDE, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all authorized users.

                                                     */s/ Jeffrey P. Miller*
                                                            Counsel