IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARIA CAMILLA VALENCIA RIOS, *on behalf of herself and all similarly situated individuals* ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:25-cv-474 |
| BELVEDERE NRDE, LLC, and PEGASUS RESIDENTIAL, LLC, ) ) ) | |
| Defendants. ) | |

## MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME

Defendant Belvedere NRDE, LLC ("Belvedere"), by counsel, for its Memorandum in Support of its Consent Motion for Extension of Time, states as follows:

1. Plaintiff filed her Complaint against Defendants on June 23, 2025. (ECF No. 1).

2. Belvedere was served with the Complaint on June 26, 2025.

3. Undersigned counsel was retained by Belvedere on the afternoon of July 17, and immediately contacted counsel for the class requesting 20 additional days for Belvedere to file its pleadings in response the Complaint.

4. Belvedere's responsive pleadings to Plaintiff's Complaint are currently due on July 17, 2025. The request is to extend the deadline to respond by twenty (20) days to August 6, 2025.

5. No scheduling order has been issued in this case and no trial date has been set.

6. This motion is filed before the time to respond to the Complaint has expired.

7. Rule 6(b) of the Federal Rules of Civil Procedure gives this Court discretion to extend the time to respond for good cause.

8. There is good cause for a brief extension of time, and class counsel consents.

WHEREFORE, Belvedere requests that its deadline to file responsive pleadings to Plaintiff's Complaint be extended until August 6, 2025.

Dated: July 17, 2025                                             Respectfully Submitted,


                                                                 By   /s/ Jeffrey P. Miller

Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 956-2060
Facsimile: (540) 983-9400
miller@gentrylocke.com

*Counsel for Belvedere NRDE, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all authorized users.

*/s/ Jeffrey P. Miller*
Counsel
