IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARIA CAMILLA VALENCIA RIOS,
on behalf of herself and all
similarly situated individuals,

    Plaintiff,

v.                                                   Civil Action No. 3:25cv474

BELVEDERE NRDE, LLC,
et al.,

    Defendants.

## ORDER

Having considered the CONSENT MOTION FOR ENLARGEMENT OF TIME ("Motion for Enlargement") (ECF No. 5) and the supporting memorandum (ECF No. 6), and there being no objection by the plaintiff thereto, it is hereby ORDERED that the Motion for Enlargement (ECF No. 5) is granted with modification. It is further ORDERED that the defendant, Pegasus Residential, LLC, shall file its Answer and any other motions with respect to the Complaint by August 6, 2025.

It is so ORDERED.

                                              /s/ /REP/
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: July 18, 2025