# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| MARIA CAMILLA VALENCIA RIOS, *on behalf of herself and all similarly situated individuals* )<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELVEDERE NRDE, LLC, and PEGASUS RESIDENTIAL, LLC, )<br>)<br>Defendants. ) | Civil Action No. 3:25-cv-474 |

## DEFENDANT BELVEDERE NRDE, LLC's MOTION TO DISMISS

COMES NOW, Defendant Belvedere NRDE, LLC ("Belvedere"), by counsel, and in response to Plaintiff's Complaint, moves this Court to dismiss Plaintiff's claims against Belvedere because Plaintiff fails to state claims upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Belvedere sets forth its arguments and authorities for this Motion in its contemporaneously filed Memorandum in Support.

BELVEDERE NRDE, LLC

By /s/ Jeffrey P. Miller

Jeffrey P. Miller (VSB No. 89410)
Jon R.L. Roellke (VSB No. 98039)
GENTRY LOCKE
919 E. Main Street, Suite 1130
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 956-2060
Facsimile: (540) 983-9400
miller@gentrylocke.com
jroellke@gentrylocke.com
*Counsel for Belvedere NRDE, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all authorized users.

*/s/ Jeffrey P. Miller*
Counsel
