# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| MARIA CAMILA VALENCIA RIOS, *on behalf of herself and all similarly situated individuals*, <br><br> Plaintiff, <br><br> v. <br><br> BELVEDERE NRDE, LLC, and PEGASUS RESIDENTIAL, LLC, <br><br> Defendants. | Civil Action No. 3:25-cv-00474-REP |

## DEFENDANT PEGASUS RESIDENTIAL, LLC'S MOTION TO DISMISS UNDER FEDERAL RULE 12(b)(6)

Defendant Pegasus Residential, LLC ("Pegasus"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court's Local Rules, files this Motion to Dismiss the claims brought by Maria Camila Valencia Rios ("Plaintiff") on behalf of herself and a putative class of tenants against Pegasus and her landlord, Belvedere NDRE, LLC ("Belvedere LLC") (collectively, "Defendants"). The Court should dismiss Plaintiff's claim against Pegasus in Count I under the Virginia Consumer Protection Act ("VCPA") for the reasons discussed in the accompanying Memorandum in Support.

Dated: August 6, 2025

Respectfully Submitted,

By: */s/ James W. Walker*
James W. Walker (VSB #29257)
O'HAGAN MEYER
411 East Franklin Street, Suite 500
Richmond, VA 23219
jwalker@ohaganmeyer.com
F: (804) 403-7123

D: (804) 403-7123
*Counsel for Pegasus Residential, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all authorized users. The foregoing was also served upon the following counsel of record via U.S. Mail and email:

Kristi C. Kelly, Esq. (VSB No. 72791)
Andrew J. Guzzo, Esq. (VSB No. 82170)
Casey S. Nash, Esq. (VSB No. 84261)
J. Patrick McNichol, Esq. (VSB No. 92699)
Matthew G. Rosendahl, Esq. (VSB No. 93738)
**KELLY GUZZO, PLC**
3925 Chaim Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com
pat@kellyguzzo.com
matt@kellyguzzo.com
*Counsel for Plaintiffs*

                                               */s/ James W. Walker*