IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARIA CAMILA VALENCIA RIOS, *on behalf of herself and all similarly situated individuals*,<br><br>    Plaintiff,<br><br>v.<br><br>BELVEDERE NRDE, LLC, and PEGASUS RESIDENTIAL, LLC,<br><br>    Defendants. | Civil Action No. 3:25-cv-00474-REP |

## DEFENDANTS' JOINT MOTION TO CERTIFY A QUESTION TO THE SUPREME COURT OF VIRGINIA

Defendants, Pegasus Residential, LLC ("Pegasus") and Belvedere NRDE, LLC ("Belvedere LLC") (collectively, "Defendants") serve the following Joint Motion to Certify a Question to the Supreme Court of Virginia pursuant to Rule 5:40 of the Rules of the Supreme Court of Virginia. Defendants respectfully request that this Court grant the Motion and certify the following question to the Supreme Court of Virginia:

> Does a landlord violate the Virginia Residential Landlord and Tenant Act by charging a tenant fee for any service that may be related to the warranty of habitability, even if the landlord retains the responsibility for providing the service under the lease and the fee is fully disclosed and agreed upon in the lease?

Defendants respectfully request that this Court certify the question above pursuant to Rule 5:40 of the Rules of the Supreme Court of Virginia and for the reasons stated in the accompanying Memorandum in Support of this Motion. A proposed Certification Order meeting the requirements of Rule 5:40(c) of the Rules of the Supreme Court of Virginia is attached to the Memorandum in Support as Exhibit 1 for this Court's consideration.

Dated: August 19, 2025                                  Respectfully Submitted,


                                                        By:   /s/ C. Quinn Adams
                                                        James W. Walker (VSB #29257)
                                                        C. Quinn Adams (VSB #90506)
                                                        Melisa Azak (VSB #98089)
                                                        O'HAGAN MEYER
                                                        411 East Franklin Street, Suite 500
                                                        Richmond, VA 23219
                                                        jwalker@ohaganmeyer.com
                                                        dfinberg@ohaganmeyer.com
                                                        cadams@ohaganmeyer.com
                                                        mazak@ohaganmeyer.com
                                                        Facsimile: (804) 237-0250
                                                        Telephone: (804) 403-7125

                                                        and

                                                        Dana J. Finberg (VSB #34977)
                                                        O'HAGAN MEYER
                                                        One Embarcadero Center, Suite 2100
                                                        San Francisco, CA 94111
                                                        dfinberg@ohaganmeyer.com
                                                        Facsimile: (415) 578-6910
                                                        Telephone: (415) 578-6902
                                                        *Counsel for Pegasus Residential, LLC*

/s/ Jeffrey P. Miller
Jeffrey P. Miller (VSB #89410)
Jon R. L. Roellke (VSB #98039)
GENTRY LOCKE
919 E. Main Street, Suite 1130
Richmond, VA 23219
Telephone: 804-297-3700
Facsimile: 540-983-9400
Miller@gentrylocke.com
jroellke@gentrylocke.com
*Counsel for Belvedere NRDE, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all authorized users.

                                                  */s/ C. Quinn Adams*

4

**CERTIFICATION CONCERNING ARTIFICIAL INTELLIGENCE**

     1.     I hereby certify that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

     2.     I hereby certify that every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

                                                       */s/ C. Quinn Adams*