```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                    Richmond Division
```

MARIA CAMILLA VALENCIA RIOS,
on behalf of herself and all
similarly situated individuals,

    Plaintiff,

v.                                  Civil Action No. 3:25cv474

BELVEDERE NRDE, LLC,
et al.,

    Defendants.

## ORDER

Having consulted with counsel at the Initial Pretrial Conference on August 20, 2025, it is hereby ORDERED that:

(1) Good cause therefor having been shown, the plaintiff shall file her Amended Complaint by September 3, 2025; and the defendants shall file their Answers and any other motions with respect to the Amended Complaint by September 24, 2025; and

(2) DEFENDANT BELVEDERE NRDE, LLC'S MOTION TO DISMISS (ECF No. 14) is denied as moot without prejudice to the filing of any motion to dismiss after the filing of the Amended Complaint; and

(3) DEFENDANT PEGASUS RESIDENTIAL, LLC'S MOTION TO DISMISS UNDER FEDERAL RULE 12(b)(6) (ECF No. 18) is denied as moot without prejudice to the filing of any motion to dismiss after the filing of the Amended Complaint; and

(4) DEFENDANTS' JOINT MOTION TO CERTIFY A QUESTION TO THE SUPREME COURT OF VIRGINIA (ECF No. 25) is denied without prejudice o the filing of a like motion after the Amended Complaint is filed.

It is further ORDERED that:

(5) By August 26, 2025, the defendants shall serve substantive responses to the request for production of documents and interrogatories requiring, for each building at issue, the identity of the pest control company providing pest control services to that building and documents showing the dates of pest control services provided by that company to the particular building; and the invoices (for the two year period alleged in the Complaint) showing what the defendants have been billed by each pest control company and what the defendants have paid the pest control company therefor; and

(6) Class discovery shall begin immediately and shall close on November 13, 2025; and, in that regard, by September 20, 2025, the parties shall submit a proposed Consent Order setting out the schedule for the conduct of discovery, including, without limitation, a schedule for the completion of such discovery; and

(7) The class certification process shall proceed under the following schedule:

    (a) On December 15, 2025, the plaintiff shall file her Motion for Class Certification; and

   (b) By January 15, 2026, the defendants shall file their responses; and

   (c) By January 29, 2026, the plaintiff shall file her reply; and

(8) The Court will hear oral argument on the Motion for Class Certification at 10:00 a.m. February 27, 2026.

It is so ORDERED.

            /s/ *REP*
            Robert E. Payne
            Senior United States District Judge

Richmond, Virginia
Date: August 22, 2025