# Exhibit 1

 1110 Boulevard, Colonial Heights, VA. 23834 C 804-937-8238
O 804-520-BUGS (2847) F 434-392-6575

## Pest Management Program Proposal

Prepared For: Jes Sugg / Property Manager

The Belvedere Apts. 11900 Bellaverde Cir. N. Chesterfield, VA.
23235 O: 804-320-3060 O: 804-552-6476
belvedere-cm@pegasusresidential.com

Prepared By: J.C. Irwin / Senior Project Manager
Bug Busters Pest Control Services, Inc. 1110 Boulevard Colonial
Heights, VA. 23834 C 804-937-8238 O 804-520-2847 (BUGS)

Date: Aug. 12, 2021

**General Pest Control Scope of Service:** provide preventative & integrated pest
management services every other week for up to 13 apt unts (296 total units, 18
buildings, 1, 2, & 3 bdrms.) & clubhouse/office/common areas treated when
needed at no additional cost.

Revised 8/12/21

Pegasus_000353

**Regular Preventative Service:** Includes control of the following pests: Cockroaches (all kinds), Ants (excluding Carpenter & Fire Ants), Spiders (all kinds), Mice (interior), Rats (interior), Silverfish, Sow Bugs, Ground Beetles, Clover Mites, Earwigs, Box Elder Bugs, Centipedes, Millipedes, Crickets (Field & Camelback types), Carpet Beetles, Pantry Pests, Clothes Moths, and Wasps.

**Note:** Wood Destroying Insects are excluded from this general service agreement however client will receive preferential pricing and treatments when needed, such as a termite bond/warranty/guarantee.

<u>Bug Busters is nationally recognized</u> as a <u>Top Rated Pest Control Company</u> and certified through the National Pest Management Association as a Quality Pro Company - *less than 3% of companies Nationwide have reached this elite designation - this saves you time & money.*

**Additional services:**

**Rodent Program:** exterior rodent stations will be placed in select locations typically in close proximity to dumpsters and/or around the exterior perimeter of buildings and will be cleaned and baited at regularly scheduled intervals for an additional fee (stations are leased), exterior rodent stations are locked and tamper resistant. Rodent glue traps will be utilized when needed for interior rodent control at no additional charge. Bait stations will be covered and plainly marked in accordance with Federal, State, and Local regulations.

**Flying Insect Program:** Flying insect program is available for an additional fee. This may include light traps. If installed – all units will be serviced and cleaned monthly, and glue boards changed and dated each service. Bulbs will be changed annually. The cost of the bulbs will be passed along to the customer. A residual pesticide treatment may be used around the exterior of dumpsters where flies congregate and breed.

**Emergency Service:** Emergency service is available after hours or on weekends (additional fees apply). This call must be deemed an emergency by the manager. Call the cell phone of your Senior Project Manager, J.C. Irwin (804) 495-7056. Please leave a detailed message if the call is not answered. On-site response within 24 hours.

**Additional Services Request:** Bug Busters is a full-service, licensed and insured pest control provider operating in most areas of Virginia. Additional GPC services may be required when pest infestations are present or for pests not covered through regular service on page 2. Please see the list of additional services offered on page 4, and ask your Project Manager about all the products and services we offer including attic and crawl space insulation, gutters and crawl space encapsulations for commercial and residential purposes. When and if fogging is needed the customer will always know in advance.

**Procedure of Service:** Our belief as a company is that communication is a key ingredient for exceptional Customer Service and a successful business partnership. That is why prior to any service performed, our Service Technician will report to the Property Manager, Maintenance Supervisor, or designated person, before service begins and after each service is completed. We will review all findings and document them accordingly via email, with a thorough inspection and treatment service report ticket, which will be provided at the conclusion of each service. This service is RISK free - the treatments are done correctly the FIRST time.

Routine Service shall be performed by Bug Busters during regular working hours of operation of between 8:00 a.m. and 5:00 p.m. five days a week Monday through Friday, except when special conditions require servicing to be done when a building or area is vacated, after working hours or on weekends. I.P.M. SPECIFICATIONS: All licensed by state – trained in I.P.M. Service required on Saturdays, Sundays, and Holidays will be considered an emergency. Only the Property Manager or maintenance supervisor will be delegated the authority to declare a pest control emergency. The person who contacts Bug Busters for services on Saturday, Sundays, and Holidays will have the authority to declare the situation an emergency. Arrangements will be made by the designated facilities management authority to meet with the pest control technician to gain access to the service site.

**Note:** This pest control agreement is for a period of one year and services renew annually unless either party cancels this agreement by giving at least a thirty-day written notice (cancellation fees may apply).

**General Pest Control Pricing:** pest control services provided every other week for up to 13 apt. units per service at a special rate of $95 per service (26 paid services per year) & common areas when needed.

Revised 8/12/21

Pegasus_000354

# Additional Services for The Belvedere:

✓ Bed Bug Inspection $0 - $15 includes Document Report, fee waived if treated

✓ Roach Cleanout Service $85 minimum includes follow up visit & warranty*

✓ Flea Treatment $95 minimum includes follow up visit & warranty*

✓ Bed Bug Liquid treatment $449 minimum includes follow up service & warranty*

✓ Bed Bug Thermal Heat/Cryonite/Biological treatments $849 minimum includes follow up service & warranty*

✓ Bed Bug Encasements $99 for high quality standard mattress & box spring encasements

✓ Termite warranties/bonds/guarantees vary per property and building layout

✓ Nuisance Wildlife Licensed (racoons, bats, squirrels, snakes, etc.)

*based on the level of infestation, degree of severity, size area, etc.

Revised 8/12/21
Pegasus_000355



# Multi-Family Service Agreement

| **Service Address** | **Billing Information (net 30 day)** |
|---|---|

**Business Name:** The Belvedere Apts.
**Property Address:** 11900 Bellaverde Cir.
**City/St/Zip:** N. Chesterfield, VA. 23235
**Phone Number:** 804-320-3060
**Other Number:** 804-552-6476
**Contact Name:** Jes Sugg
**Business Type:** Apts. Sq. Ft. n/a

**Billing Name:** same
**Billing Address:**
**City/St/Zip:**
**Billing Number:**
**Fax Number:**
**Email:** belvedere-cm@pegasusresidential.com
**National Account:** YES   NO

## Annual/Seasonal Pest Management Program:

✔ General Pest Control  ☐ Rodent Protection  ☐ Fly Protection  ☐ Termite Protection  ☐ Special One Time

## Program Frequency:

☐ Quarterly  ☐ Daily  ✔ every other week  ☐ BiMonthly  ☐ Other

**Special Instructions:**
Exterior service of buildings may be requested in lieu of inside apartment unit service at any time for no additional cost; our service is a PET Friendly Service.

| | |
|---|---|
| **Initial Intensive Service** | $169.00 |
| **Recurring Service Per: every other week** | $95.00 |
| **First Year Annual Amount** | $2,544.00 (1 initial intensive service @ $169 + 25 services @ $95) |
| **Second Year Annual Amount (optional)** | $2,470.00 (26 servies @ $95) |
| **Amount Remitted with Agreement** | $0.00 |

X _____  8/20/21
Purchaser Signature                Date

X _Jessica Sugg_____  8/20/21
Printed Name                      Date

You, the purchaser may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached notice of cancellation for an explanation of this right. Please see the terms and conditions on the reverse side.

I understand that this agreement is for the initial period of twelve months from the date of the first service and will renew itself annually. ** The client agrees to pay all invoices stipulated in this agreement and to assume attorney fees, court cost necessary to collect fees due.

_J.C. Irwin / Senior Prj. Mgr._  8/12/21
J.C. Irwin / Senior Project Mgr.                Date

4

Revised 8/12/21

Pegasus_000356

**General Terms and Conditions***

1.    **Terms:** This Agreement, whose duration is as stated on page 3 between Bug Busters Pest Control, Inc. (Company) and the Customer. After the initial term of this agreement, Company will continue to provide Regular Service according to the Service Schedule until either party cancels this agreement by giving 30 days written notice. Company reserves the right to increase the Regular Service Charge after 12 months from the date of this Service Agreement.

2.    **Service:** Company will provide the stated services for the duration of the agreement or longer as specified under the terms and conditions of this agreement. This agreement does not guarantee, and Company does not represent, that covered pests will not return to the Property, nor does Company guarantee complete elimination of pests. Following the initial service, the Customer will be given a regular service day, and the Customer agrees to make the premises available for service. If no one is home on the regular service day, Company will service the outside of the home and leave a record of service via email. Customer agrees to pay the normal charge for the outside service.

3.    **Consumers Responsibility** Your cooperation is important to ensure the most effective results from BBPC. Whenever conditions conducive to the breeding and harborage of pests are reported to BBPCS, and not corrected by you, BBPCS can not assure satisfactory service. If conditions noted by BBPCS are not corrected as required, all guarantees in this agreement may terminate and be canceled. Further, additional treatments in areas of such conditions that are not corrected as required shall be paid for by the Purchaser as an extra service charge.

4.    **Consumer Obligations:** Customer understands that results of service are relative to and dependent upon the cooperation of the Customer as a housekeeping, sanitation, maintenance, and accessibility of areas to be serviced. Customer agree to cooperate with the Company as reasonably necessary to facilitate treatment and control.

5.    **Service Exclusions:** Customer understand that this Agreement does not include the control and prevention of wood infesting organisms such as powder post beetles, wood borers, carpenter ants, carpenter bees, wood wasps, or wood decay fungus. Customer understand that this agreement does not include treatment for any mold or mold-like conditions, which is outside the scope of the intended treatment. Customer understands that this agreement does not guarantee flying insects.

6.    **Payment Detail:** If Customer fails, for any reason, to make any payment within 30 days from the due date, Company, at its option may discontinue its services and start collection proceedings. Upon failure to make such payment, the Customer agrees to pay all costs of collection, including a reasonable attorney's fee. Further, Customer agrees that if any of Customer's payments become delinquent, Company is authorized to electronically debit any account that Customer has used for payment to Company or any account that Company has a record for Customer to make any such delinquent payment(s), according to the authorizations and conditions of Section 9 of this Agreement.

7.    **Waivers:** Customer expressly waives and releases Company from liability for any claim for personal injury (including stings, bites, or illnesses) or property damage (to the structure or contents) caused by wood destroying organisms, vole, mice, fire ants, pharaoh ants, spiders, ticks, fleas, wasps, bees, or other pests listed on the Agreement. Customer waives any claim for damage or injury unless made in writing within one (1) year of treatment or incident. EXCEPT AS OTHERWISE PROHIBITED BY LAW COMPANY DISCLAIMS AND SHALL NOT BE RESPONSIBLE FOR ANY LIABILITY FOR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, STIGMA AND/OR LOSS OF ENJOYMENT DAMAGES. THE OBLIGATION OF COMPANY SPECIFICALLY STATED IN THIS AGREEMENT ARE GIVEN IN LIEU OF ANY OTHER OBLIGATION OR RESPONSIBILITY, EXPRESS OR IMPLIED, INCLUDING ANY REPRESENTATION OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

8.    **Mandatory Arbitration:** Company and Customer agrees that any claim, dispute or controversy ("Claim") between them or against the other or the employees, agents, or assigns of the other, and any Claim arising from or relating to this agreement or the relationships which result from this agreement, including but not limited to any tort or statutory Claim, shall be resolved by neutral binding arbitration by the American Arbitration Association ("AAA"), under the AAA in effect at the time the Claim is filed ("AAA rules"). Any arbitration hearing at which the parties appear personally will take place at the location within the United States federal judicial district in which Customer resides. AAA Rules and forms may be obtained and all claims shall be filed at any AAA office, www.adr.org g or by calling 1-800-778-7879. Each party shall be responsible for paying its own attorneys' fees, costs and expenses; the arbitration fees and arbitrator compensation shall be payable as provided in the AAA Rules. However, for a Claim of $15,000 or less brought by Customer is his/hers/its individual capacity, if Customer so requests in writing. Company will pay Customer's arbitration fees and arbitrator compensation due to the AAA for such Claim to the extent they exceed any filing fees that the Customer would pay to a court with jurisdiction over the Claim. The arbitrator's power to conduct any arbitration proceeding under this arbitration agreement shall be limited as follows; any arbitration proceeding under this agreement will not be consolidated or joined with any arbitration proceeding under any other agreement, or involving any other property or premises, and will not proceed as a class action or private attorney general action. The foregoing prohibition on consolidated, class action and private attorney general arbitration is an essential and integral part of the arbitration clauses and is not severable from the remainder of the clauses. The decision of the arbitrator shall be a final and binding resolution of the Claim. This arbitration agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. Section 1-16, Judgment upon the award may be entered in any court having jurisdiction. Neither party shall sue the other party with respect to any matter in dispute between the parties' other than for enforcement of this arbitration agreement or of the arbitrator's award. THE PARTIES UNDERSTAND THAT THEY WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND TO HAVE A JUDGE OR JURY DECIDE THEIR CASE. BUT THEY CHOOSE TO HAVE ANY DISPUTES DECIDED THROUGH ARBITRATION.

9.    **Chemical Information Warning:** Virtually all pesticides have some odor which may be present for a period of time after application. If any resident, visitor or staff member believes that they have sensitivity to chemical odor or chemicals, Company recommends an initial or subsequent service shall not be performed at your property until resident, staff member or visitor has consulted with a family physician. Upon Management request, Company will provide information about the chemicals to be used in treating the premises.

10.    **Entire Agreement:** Customer acknowledges that the only terms and condition of this agreement are those stated within this document and that there are no other terms, written or oral, or provisions which apply other than those printed herein. If any provision or portions thereof, of this Agreement is found to be invalid or unenforceable, it shall not affect the validity or enforceability of any other party of this Agreement.

11    **Cancellation:** If for any reason the consumer is unable to fulfill the terms of this agreement, as specified in this Agreement, the Customer will be required to pay an early termination fee of 10% of the total remaining contractually agreed amount. The cancellation fee can be as much (not to exceed) as the total amount of the remaining contractual obligation, in all cases the cancellation fee will be no less than $199.00. However, THE CUSTOMER MAY CANCEL THIS AGREEMENT AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS AGREEMENT. IF THE CUSTOMER CANCELS THE AGREEMENT BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AND SERVICES WERE RENDERED, THE CUSTOMER IS RESPONSIBLE TO PAY THE FULL VALUE OF THE THAT INITIAL SERVICE.

Customer/ Representative:                          Print:                          Date:

5

Revised 8/12/21

Pegasus_000357

Please see attached contract. We would like to start treatment 9/1- Let me know if you need anything additional.

Thank you

JES SUGG

PROPERTY MANAGER

11900 Bellaverde Circle, North Chesterfield, VA 23235

804.320.3060
| www.PegasusResidential.com
| Belvedere-cm@ PegasusResidential.com

Pegasus_000358

# Commercial Pest Control Service Agreement

[inserted]

**SERVICE ADDRESS:**

Name: *Belvedere Apts.*

Address: *11900 Bellaverde Cir.*

City: *N. Chesterfield VA. 23235*

State: *804 370 3060*  Zip: *804 933 3848*

Primary Phone:        Secondary Phone:
*enacher@pegasusresidential.com*

**BILLING ADDRESS:**

Name: *on file*

Address:

City:

State:            Zip:

Alternate Phone:        Email Address:

## Pest Control Management Program *N/A*

| Bronze | SILVER | GOLD | PLATINUM |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |
| **1 YEAR AGREEMENT** | **1 YEAR AGREEMENT** | **1 YEAR AGREEMENT** | **1 YEAR AGREEMENT** |
| *Inspections | *Inspections | *Inspections | *Inspections |
| *Integrated Pest Management | *Integrated Pest Management | *Integrated Pest Management | *Integrated Pest Management |
| *Recommendations | *Recommendations | *Recommendations | *Recommendations |
| | *Rodent Control | *Rodent Control | *Rodent Control |
| | | *Large Fly Control | *Large & Small Fly Control |
| | | | *Drain Treatment Service |

### SPECIAL INSTRUCTIONS

*Mice control 11630 (apt #101 is host unit) with 4 exterior rodent stations & interior mice, MBS & snap traps (4 ea.), monthly service required for control.*

☐ *Add Dumpster Service      $ _____ month
☐ * Add Termite Protection    $ _____ month

☐ Auto Pay _____

Card # _____

Exp. _____ Auth. Code (CVV) _____

Special Billing _____

☑ Other *Net 30 day*

| | |
|---|---|
| Initial Intensive Service | $ *199⁰⁰* |
| Recurring Service per *Month* | $ *79⁰⁰* |
| Equipment & Installation Charge | $ *99⁰⁰* |
| First Year Annual Amount | $ *1,167⁰⁰* |
| Amount Remitted | $ *0* |

*Please see back of agreement for terms and conditions*

Pegasus_000359



2690 W. 3rd Street • Farmville, VA 23901 • (434) 392-7814
1110 Boulevard • Colonial Heights, VA 23834 • (804) 520-2847

**Wood Destroying Organisms
Termite, WDB, WDF Agreement**



mybugbusters.com

| SERVICE TO BE PERFORMED AT | BILLING INFORMATION ☐ SAME |
|---|---|
| Name The Belvedere | Name #189103 |
| Address 11900 Bellaverde Cir. | Address |
| City Richmond    State VA.    Zip 23235 | City _____ State ____ Zip ____ |
| (Primary)☑Cell 8043203060  (Secondary)☐8045026811 | (Primary)☐Cell_____ (Secondary)☐ |
| Email Address belvedere-cm@pegasusresidential.com | Email Address |

STRUCTURE:        ☐ RESIDENTIAL        ☑ COMMERCIAL        ☐ OTHER AS DESCRIBED ON GRAPH

SERVICE:          ☑ TERMITES          ☐ WOOD DESTROYING BEETLES        ☐ WOOD DECAY FUNGUS

**WARRANTY OPTIONS (subject to the General Terms and Conditions on the reverse side):** interior & exterior termite treatment unit#12208-101;

*Customer's initials required with warranty of their choice*         Svc. Tech: see job site pics & scope of work

☐ RESTORATION TREATMENT WARRANTY. This warranty is for a period of 5 years to be renewed annually prior to the month of the initial treatment at the annual rate of _____ and provides for the re-treatment of the originally treated structure(s) at the conclusion of each 5-year period at no additional charge, and re-treatment of any new termite infestation confirmed by Bug Busters during the time of warranty period. I choose to pay my annual renewal (circle one):        X_____  ☐ Annually     ☐ Monthly by Auto-Pay

☑ RE-TREATMENT ONLY WARRANTY. This warranty is for a period of **1 year** and may be renewed annually prior to the month of the initial treatment at annual rate of **199.00** and provides for re-treatment of any reinfestation confirmed by Bug Busters during the time of warranty period. I choose to pay my annual renewal (circle one): X ☐ ☑ Annually       ☐ Monthly by Auto-Pay

*Notice: Choosing the monthly auto-pay renewal option is equal to 1/12 of the annual rate and requires an auto-draft account.*

| ☐ NO WARRANTY, NO GUARANTEE. Bug Busters Pest Control Services, Inc. provides no renewable warranty option. | Initial Price | $ 1,483.00* |
|---|---|---|
| | Additional Renewal of ¯_____ years | $ ¯_____ |
| **IMPORTANT:** | Other ¯_____ | $ ¯_____ |
| *I have read and understand the explanation of the warranty to be issued. I have received a copy of the treatment graph, and further understand and accept the General Terms and Conditions of this Agreement found on the reverse side.* | TOTAL | $ 1,483.00* |
| | Less Deposit | $ 0 |
| | Total Amount Due Before Completion | $ *Net 30 |

Initials QP

x ~Deneen Daniels~                    x 5/5/25
*Purchaser Signature                        Date

x Deneen Daniels _____    x 5/5/25
Purchaser Printed Name    Title        Date

Jc Irwin              4/4/25
Company Representative Print Name        Date

☐CASH      ☐CHECK #_____  ☐ CREDIT CARD ☐ FLEX PAY

Special Billing *Net 30 _____

Name on Credit Card: _____

Expiration Date: _____ AUTH Code: _____

Card Number: _____

**Agreement subject to final approval by BBPCS Management**

Pegasus_000360

# TERMS AND CONDITIONS

1. Late Charge: Any account 30 days past due will be assessed a late fee equal to 10 percent of the initial price shown on the reverse side. Any account 90 days past due, Bug Busters reserves the right to additionally cancel this Agreement and place the account collections in the hands of an attorney or other authorized agency for collection. Purchaser agrees to pay all fees incurred.

2. Bug Busters will re-treat any new infestation at no additional cost to the Purchaser so long as: a) the account is active and has been paid, b) Bug Busters confirms an active reinfestation, c) re-treatment procedures are at the sole discretion of Bug Busters. Purchaser expressly releases Bug Busters from all obligation to make repairs to the treated structure(s) and its contents.

3. It is agreed that Bug Busters is not responsible to make repair to visible damage existing at the time of this Agreement unless entered into under a separate agreement, and Purchaser understands that damage may exist in inaccessible areas unobserved by Bug Busters, as such, Bug Busters does not guarantee the extent of damage reported to the customer is inclusive of all damage.

4. Structural and/or mechanical defects which result in water leakage into Purchaser's structure(s) creates a condition conducive for infestation and may destroy the effectiveness of treatment. If such a condition is discovered Purchaser agrees to be solely responsible to correct such conditions and to notify Bug Busters after the condition has been corrected for proper evaluation by Bug Busters. Failure to correct conditions conducive to infestation may result in termination of this warranty.

5. This Agreement covers the structures diagramed on the attached Graph. In the event the structure(s) are modified, altered, or otherwise changed after the day of treatment this Agreement shall terminate unless a new Agreement is entered between Bug Busters and the Purchaser.

6. Bug Busters will provide an annual inspection of the treated structures upon request of the Purchaser or as requested by Bug Busters at no additional cost to the Purchaser provided the account is paid and current.

7. Every fifth year, RESTORATION TREATMENT WARRANTY accounts will have the originally treated structure(s) re-treated by Bug Busters at no additional cost, provided all other terms and conditions have been met. RESTORATION TREATMENT WARRANTY accounts are a minimum of 5-year Agreements due to Bug Busters deferring treatment costs over a period of time; therefore, Purchaser agrees to an Early Termination Fee of $495.00 should, for any reason, this account terminates prior to the end of the 5-year period. Purchaser also understands and agrees to pay all associated costs to collect this debt and this early termination fee may result in a Contractors Lean if unpaid.

8. Every fifth year, RE-TREATMENT ONLY WARRANTY accounts may elect for Bug Busters to re-treat the originally treated structure(s) at a fee consistent at that future time.

9. Purchaser agrees to follow Bug Busters direct access to the treated structures as deemed necessary by Bug Busters for the purpose of inspections and treatment. The Purchaser shall be solely responsible for the cost of the removal and/or replacement of any floor coverings, raised wood floors, wood flooring, wall coverings, artificial ceilings, decks, porch flooring, staircases, and all other structural features as determined by Bug Busters to be required for the purpose of the control of wood destroying organisms. Failure of the Purchaser to comply with Bug Busters requirement will result in the termination of this Agreement.

10. Purchaser agrees that Bug Busters may terminate this account in the event that acts of God prevent the delivery of services, acts of war declared or undeclared, changes in Law, and failure of materials delivery.

11. Bug Busters applies materials approved by State and Federal Agencies and applies all materials according to the manufacturer's instructions. Some people show chemical sensitivity and Purchaser agrees that Bug Busters shall have no liability for side effects caused by the use of chemicals and materials at the treated structure(s).

12. It is specifically understood and agreed that this Agreement and the Graph constitute the entire Agreement between the Purchaser and Bug Busters and that no oral or otherwise representation from any other source may alter the Terms and Conditions of this Agreement.

13. The customer understands that all components of the baiting system are and will remain the property of BBPCS. The customer has no rights to the components of the baiting system other than the right to their use as installed by BBPCS on the customer's property under this agreement. Upon expiration or termination of this agreement, BBPCS or its' authorized representatives are authorized by customer to retrieve the components from the customer's property. BBPCS reserves the right to change/modify the baiting systems at BBPCS' discretion. Any changed modification will not affect the guarantee.

x _Denein Daniels_
**Print Customer Name**

x _Deaea Daarat_
have read, understand and agree to the general conditions of the agreement.

X _5/5/25_
Date

X _5/5/25_
Date