IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARIA CAMILA VALENCIA RIOS, AQUARIUS FILALI, and NADJI FILALI, *on behalf of themselves and all similarly situated individuals*,<br><br>        Plaintiffs,<br>v.<br><br>BELVEDERE NRDE, LLC, PEGASUS RESIDENTIAL, LLC, and GLENMOOR OAKS NRDE, LLC,<br><br>        Defendants | Civil Action No. 3:25-cv-474-REP-MRC |

**JOINT STIPULATIONS OF FACT**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Virginia, the Parties, through counsel, hereby jointly stipulate and agree to the following facts for purposes of discovery in this case, class certification, and trial.

1. Each Defendant is a "supplier" as defined by the Virginia Consumer Protection Act.

2. Defendants Belvedere NRDE, LLC and Glenmoor Oaks NRDE, LLC are each a "landlord" as defined by the Virginia Residential Landlord and Tenant Act.

3. From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the leases at all properties in Virginia managed by Defendant Pegasus Residential, LLC, including the Belvedere and Glenmoor Oaks apartment complexes, but not including Courthouse Green, Silver Collection at Carl D Silver Parkway, Silver Collection at Celebrate, Silver Collection at Cosner's Corner, and Silver Collection at Cosner's Corner II, have included the following language:

> [I]n addition to Rent set forth in [the Lease Agreement], you are responsible for and required to pay a "community fee" in the amount of [Amount Stated] plus utilities as outlined on the Utility Addendum each month as additional Rent, which

"community fee" is charged to you for the oversight of potential or current amenities, building maintenance, and all programs deemed necessary by ownership and management and applicable to you, regardless of the state of operation of such amenities or program. This "community fee" will not increase for the initial term of this Lease Contract, but may increase at lease renewal by written notice.

4. From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the leases at Silver Collection at Carl D Silver Parkway, Silver Collection at Celebrate, Silver Collection at Cosner's Corner, and Silver Collection at Cosner's Corner II, properties in Virginia managed by Defendant Pegasus Residential LLC, have included the following language:

> Unless modified by addenda, you will pay [Amount Stated] per month for the property's Amenities, as defined in the Community Policies, Rules and Regulations Addendum, payable at the same time as, and in addition to, your monthly rent.

5. From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the leases at all properties in Virginia managed by Defendant Pegasus Residential, LLC, including the Belvedere and Glenmoor Oaks apartment complexes, but not including the Commonwealth Apartments and Cottage Grove Apartments and Townhomes, have included the following language in a form Utility Addendum:

> [P]est control bills will be billed by the service provider to us and then allocated to you based on the following formula: 4 [Flat rate per month].

6. From June 23, 2023, to the present, the leases at the Commonwealth Apartments, property in Virginia managed by Defendant Pegasus Residential LLC, have not assessed a separate pest control fee to its tenants.

7. From June 23, 2023, to the present, the leases at the Cottage Grove Apartments and Townhomes, a property in Virginia managed by Defendant Pegasus Residential, LLC, have included the following language in a form Utility Addendum:

(Other) Community Fee service to your dwelling unit will be paid by the service provider to us and then allocated to you based on the following formula: 4 [Flat rate per month]

8.     From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the leases at all properties in Virginia managed by Defendant Pegasus Residential, LLC, including the Belvedere and Glenmoor Oaks apartment complexes, have included the following language in a form Utility Addendum:

> Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees.

9.     From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the leases at all properties in Virginia managed by Defendant Pegasus Residential, LLC, including the Belvedere and Glenmoor Oaks apartment complexes, have included the following language in a form Utility Addendum:

> Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident.

10.     From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the leases at all properties in Virginia managed by Defendant Pegasus Residential, LLC, including the Belvedere and Glenmoor Oaks apartment complexes, have included the following language in a form Utility Addendum:

> If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

11.     From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, the lease applications at all properties in Virginia managed by Defendant Pegasus Residential, LLC, including the Belvedere and Glenmoor Oaks apartment

complexes, but not including Reserve South, have stated in the Lease Application that "there is a leasing administration fee" of an amount determined at each property, which is "due upon lease execution."

12. From October 28, 2025 to the present, the lease applications at Reserve South, a property in Virginia managed by Defendant Pegasus Residential, LLC, have stated in the Lease Application that "there is a leasing administration fee" of an amount determined at each property, which is "due upon lease execution."

13. From June 23, 2023 to July 11, 2023, and November 7, 2023 to November 15, 2023, the lease applications at Silver Collection at Cosner's Corner, a property in Virginia managed by Defendant Pegasus Residential, LLC, stated in the Lease Application that "there is a leasing administration fee" of an amount determined at each property, which is "due upon lease execution."

14. From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, Pegasus has not applied the Community Fees collected from residents at its Virginia facilities to the costs of amenities.

15. From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, Pegasus has not applied the Community Fees collected from residents at its Virginia facilities to the costs of building maintenance.

16. From June 23, 2023, to the present, or when applicable, to the date Pegasus ceased management of a particular property, Pegasus has used the Community Fees collected from residents at its Virginia facilities to pay for a Lease Lock Insurance Policy obtained by Pegasus.

Dated: October 31, 2025 

Respectfully submitted,

**PLAINTIFFS**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly (VSB No. 72791)
Andrew J. Guzzo (VSB No. 82170)
Casey S. Nash (VSB No. 84261)
J. Patrick McNichol (VSB No. 92699)
Matthew G. Rosendahl (VSB No. 93738)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiffs*

**BELVEDERE NRDE, LLC AND GLENMOOR OAKS NRDE, LLC**

By: */s/ Jeffrey P. Miller (with permission)*
Jeffrey P. Miller (VSB No. 89410)
John R. L. Roellke (VSB No. 98039)
GENTRY LOCKE
919 E. Main Street, Suite 1130
Richmond, VA 23219
Telephone: (804) 297-3700
Facsimile: (540) 983-9400
Email: miller@gentrylocke.com
Email: jroellke@gentrylocke.com

*Counsel for Defendants Belvedere NRDE, LLC and Glenmoor Oaks NRDE, LLC*

**PEGASUS RESIDENTIAL, LLC**

By: */s/ C. Quinn Adams*
C. Quinn Adams (VSB No. 90506)
James W. Walker (VSB No. 29257)
Melisa Azak (VSB No. 98089)

5

O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
Email: cadams@ohaganmeyer.com
Email: jwalker@ohaganmeyer.com
Email: mazak@ohaganmeyer.com


Dana J. Finberg (VSB No. 34977)
O'Hagan Meyer, PLLC
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6902
Facsimile: (415) 578-6910
Email: dfinberg@ohaganmeyer.com

*Counsel for Defendant Pegasus Residential, LLC*